

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2022

No. 04-21-00262-CV

**IN THE MATTER OF H.S.M**.

From the 436th District Court, Bexar County, Texas
Trial Court No. 2019JUV00832
The Honorable Lisa Jarrett, Judge Presiding

# O R D E R

   Appellant's brief was due March 4, 2022.  On March 7, 2022, appellant filed her brief along with a motion requesting a three day extension of time to make her brief timely filed. After consideration, we **grant** the motion and **deem** appellant's brief timely filed.  Appellee's brief is now due **by April 4, 2022**.

_____
Luz Elena D. Chapa, Justice

   IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court